755 A.2d 662

Vincent GIEBLER and Anna Marie Giebler, h/w, Petitioners,

v.

WILLIAMS MOBILE OFFICES, INC. and John E. Lamb and Eastern Modular Systems, Inc., Respondents.

Supreme Court of Pennsylvania.

Jan. 27, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 27th day of January, 2000, it is hereby ordered that the Petition for Allowance of Appeal is GRANTED, the order of Superior Court is reversed, and this case is remanded to Superior Court to address the merits of the appeal. *See Lewis v. United Hospitals, Inc.*, 547 Pa. 626, 692 A.2d 1055 (1997).